HANLEY, RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

(No. 1,520.)

(Submitted April 3, 1903.    Decided April 11, 1903.)

*Municipal Corporations—Streets—Changing Grade—Damages.*

Judgment affirmed upon the authority of *Less* v. *City of Butte, ante,* 27.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

ACTION by Annie Hanley against the city of Butte, Montana. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

*Mr. E. M. Lamb,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondent.

PER CURIAM.—As agreed in open court by counsel for appellant and respondent, practically the same questions are involved in this case as in the case of *Less* v. *City of Butte*, decided this day. Therefore, on the authority of the last mentioned case, the judgment of the district court is affirmed.